IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

TRAVANTI MARKIE JONES,

    Plaintiff,

vs.

UNKNOWN,

    Defendant.

No. C07-3062-LRR

ORDER

This matter is before the court on the submission of a letter. The plaintiff submitted the letter on August 30, 2007. The Clerk's Office filed the letter as a 42 U.S.C. § 1983 action. A letter is insufficient to commence a civil action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Moreover, the plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Finally, the plaintiff asks for appointment of counsel. Appointment of counsel is based on multiple factors, including the complexity of the case. The court will not appoint an attorney until an action is filed; the court does not appoint attorneys to assist inmates with exhausting their administrative remedies or commencing an action under 42 U.S.C. § 1983. Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915. The Clerk of Court is directed to file the letter for the purpose of making

a record.

**IT IS SO ORDERED**

**DATED** this 3rd day of October, 2007.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA